ACCEPTED
01-14-00508-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 4:01:07 PM
CHRISTOPHER PRINI
CLERK

No. 01-14-00508-CV

IN THE

# 1st Court of Appeals
# Houston,Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/12/2015 4:01:07 PM

CHRISTOPHER A. PRINE
Clerk

_____

FRANCISCO CHAMUL,

Appellant,

v.

AMERISURE MUTUAL INSURANCE CO.,

Appellee.

_____

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW, Amerisure Mutual Insurance Co., Appellee, ("Amerisure") and files this Unopposed Motion for Extension of Time to File its Brief and in support thereof respectfully shows the following:.

### A. <u>Introduction</u>

1. This is an appeal from a final judgment rendered in the trial court. This is Amerisure's first Motion for Extension of Time to file its Brief.

2. Appellant filed his Brief on February 13, 2015. Amerisure's Brief is presently due to be filed on or before March 16, 2015.

1

3. This Motion seeks an extension of time of thirty (30) days, up to and including April 14, 2015 to file its Brief on the Merits.

### B. Bases for Extension

5. Amerisure requests this extension not for purpose of delay, but so that justice may be done. Counsel for Amerisure is set for oral argument before the Texas Supreme Court on March 26, 2015 in Cause No. 14-0272, *SeaBright Insurance Company v. Lopez*. Counsel requires time to prepare for oral argument. Additionally, Counsel for Amerisure has the following hearing scheduled:

- A pre-hearing for a medical contested case hearing on March 10, 2015 in Texas Department of Insurance, Division of Workers' Compensation Docket No. 45-11235837-03-CC-DA47 in Dallas, Texas.

- A contested case hearing on March 12, 2015 in Texas Department of Insurance, Division of Workers' Compensation Docket No. 14177989-02-CC-HE-48 in Houston, Texas.

- A hearing on March 12, 2015 in Cause No. 2011-CCV-61218-2 in County Court at Law No. 2 in Nueces County, Texas.

- A benefit review conference on March 16, 2015 in Texas Department of Insurance, Division of Workers' Compensation Docket No. 14157013-01-BR in Austin, Texas.

## C. Prayer

Amerisure respectfully requests the Court grant this Motion and for all other relief to which it may be entitled.

Respectfully submitted,

By: */s/ Joy M. Brennan*
SMITH & CARR, P.C.
Dana M. Gannon
State Bar No. 07623800
dgannon@smithcarr.com
Joy M. Brennan
State Bar No. 24040569
jbrennan@smithcarr.com
9235 Katy Freeway, Suite
Houston, Texas 77024
Telephone: (713) 933-6700
Facsimile: (713) 933-6799
ATTORNEYS FOR APPELLEE,
AMERISURE MUTUAL INSURANCE CO.

## CERTIFICATE OF CONFERENCE

I certify that Appellee conferred with counsel for the Appellant on March 6, 2015 and Appellant is unopposed to this motion.

*/s/ Joy M. Brennan*
Joy M. Brennan

## CERTIFICATE OF COMPLIANCE

I certify that as counsel for Appellee that the number of words in this document is 497 as calculated by Microsoft Word.

*/s/ Joy M. Brennan*
Joy M. Brennan

3

## CERTIFICATE OF SERVICE

A true and correct copy of this Motion has been forwarded via E-Service to all counsel of record on March 12, 2015, as follows:

Brad McClellan
Law Offices of Richard Pena, P.C.
1701 Directors Blvd., Suite 110
Austin, Texas 78744                    *Via E-Service*

Larry Trimble
Trimble & Grantham
902 Heights Blvd.
Houston, Texas 77008                    *Via E-Service*


*/s/ Joy M. Brennan*
Joy M. Brennan

4